From: Alexander Weatherspoon

Date: 11-28-21

To: United States District Court
Northern District of Iowa
111 7th Avenue SE, Box 12
Cedar Rapids IA 52401

21-CV-1003

RECEIVED JAN 18 2022

I have enclosed in/with this Complaint a full copy of the 1983 lawsuite Packet one for the Judge, one for the State and, one, one original for the Courts. Also i have included with the Packet extra Grievances Stating Medical treatment Denial and Concerns, along with Proceed in forma Pauperis an Affidavit that includes a statement of all assets i Posses and My Inmate account.

I am Seeking attorney representation. Also Additional Complaint Written with packet.

Sincerely: Alexander Weatherspoon # 4161060586



NAOMI STREIF
Commission Number 833288
My Commission Expires
07/22/2024

# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

Eastern Division

Case No. 22-CV-1003

(to be filled in by the Clerk's Office)

Alexander Weatherspoon

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Dubuque County Jail   -v-
Joseph L Kennedy
Courtney Wilson
Deputy Winch
Nurse Rifta

Deputy Nevergall
Deputy Dotty
Deputy Samuieal
Deputy Kelly
Deputy Curoe
Nurse Vicki

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Alexander Weatherspoon

All other names by which you have been known:      SiIKK, Booney, Hood, Montell Magee, Micheal Magee, Johnnathan Cooper

ID Number      416106

Current Institution      Debuque County Jail

Address      770 Iowa Street

Dubuque      IA      52001
*City*      *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      Joesph L Kennedy

Job or Title *(if known)*      Sheriff

Shield Number      unKnow

Employer      unKnown

Address      770 Iowa Street

Dubuque      IA      52001
*City*      *State*      *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name      Courtney Wilson

Job or Title *(if known)*      Nurse Practitionor

Shield Number      unknown

Employer      unKnown

Address      770 Iowa Street

Dubuque      IA      52001
*City*      *State*      *Zip Code*

☑ Individual capacity ☑ Official capacity

Defendant No. 3
    Name      Rieta
    Job or Title *(if known)*      Nurse
    Shield Number      unknown
    Employer      unknown
    Address      770 Iowa Street

    Dubuque      IA      52001
    *City*      *State*      *Zip Code*

    ☑ Individual capacity      ☑ Official capacity

Defendant No. 4
    Name      Vicki
    Job or Title *(if known)*      Nurse
    Shield Number      unknown
    Employer      unknown
    Address      770 Iowa Street

    Dubuque      IA      52001
    *City*      *State*      *Zip Code*

    ☑ Individual capacity      ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denial of Medical Treatment, Retaliation against me, Deliberate

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5    Winch

Job or Title (if Known)    Deputy

Shield Number        unknown

Employer        Joeph L. Kennedy

Address        770 Iowa Street

Dubuque        IA        52001
City            State        Zip Code

☑ Individual Capacity    ☑ Official Capacity


Defendant No. 6    Samuiel

Job or Title (if Known)    Deputy

Shield Number    unknown

Employer    Joeph L Kennedy

Address    770 Iowa Street

Dubuque    IA    52001
City        State    Zip Code

☑ Individual capacity    ☑ official capacity


Defendant No. 7    Dotti

Job or Title (if Known)    Deputy

Shield Number    unknown

Employer    Joeph L Kennedy

Address    770 Iowa Street

Dubuque    IA    52001
City        State    Zip Code

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 8  Kelly

Job or Title (if known)  Deputy

Shield Number  unknown

Employer  Joesph L Kennedy

Address  770 Iowa Street

Dubuque _____ IA _____ 52001
City _____ State _____ Zip Code

☑ Individual Capacity          ☑ Official Capacity


Defendant No. 9  Curoe

Job or Title (if known)  Deputy

Shield Number  unknown

Employer  Joesph L Kennedy

Address  770 Iowa Street

Dubuque _____ IA _____ 52001
City _____ State _____ Zip Code

☑ Individual Capacity          ☑ Official Capacity


Defendant No. 10  Dubuque County Jail

Job or Title (if known)  unknown

Shield Number  unknown

Employer  unknown

Address  770 Iowa Street

Dubuque _____ IA _____ 52001
City _____ State _____ Zip Code

☑ Individual Capacity          ☑ Official Capacity

Defendent No. 11 Dubuque County Jail

Job or Title (if Known) unknown

Shield Number unKnown

Employer Joesph L Kennedy

Address 770 Iowa Street

City Dubuque     State IA     Zip Code 52001

☑ Individual Capacity          ☑ Offical Capacity

_indifference, Negeliences, unsanitary Living Conditions_

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_the events happened at the Dubuque County Jail 7pm - 8pm_

C.     What date and approximate time did the events giving rise to your claim(s) occur?

11-25-21 around 7-8 pm

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I made a mistake and slammed my right middle finger in the steal drawer of my bed on unit 4 the officer working filed a sick call slip for me because the finger looked broken, dislocated, or sprang. There was no nurses on duty at the time so i was told that there was nothing they could do until the following day then on 11-26-21 around 8AM Nurse Vicki or Nurse Rita came to Pod 4 and said there was nothing that she could do but give

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I reinjured an old injury and no medical treatment was given but pain pills "Tyalenol". I wanted a Bone specialist to look at my finger to no avail.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

money Damages of $30,000 for Bone specialist to look at my finger the defendants to pay for my surgery and a full recovery Nurse practitionor Courtney will so suspended alone with Nurse Vicki and Nurse Rita. Court and all Filing fees to be paid off from LawSuite f

D: Me pain pills and white tape to wrap the finger up. She didn't put me in for an Xray or anything or to see a Doctor. I can barely move my right middle finger to this day. My is cruel and unusual punishment, Denial of Medical Treatment, Deliberate indifference. I put a grievance in and a response came back from Timothy Kelly on 11-26-21 around 22:21 Stating that my request to see the Nurse was granted and the fact that i dont like the opinion of a medical proffessional does not equal denial of medical treatment. I appealed Grievance # 151870662 and on 11-29-21 around 15:05 Curt Schultz responded back stating that he spoke to the nurse on 11-29-21 and i was currantly on the list to see the (Doctor.) on an unknown date and time i went to see (Nurse Practitionor Courtney Wilson) (Not a Doctor) check medical records and cameras near Nurse Station / Room. Courtney Wilson looked at my finger and acknowledged that my finger was either sprang, Dislocated, or fractured but not broken and said that she was not going to send me to an outside Hospital for Xray. I ended up seeing the Nurse practitionor one more time just to get the same results and be denied again. on the date of 12-10-21 Nurse Vicki came to unit 3 when i was in cell 318 with Sgt Schultz around 8:00A.m then Nurse Vicki looked at my right middle finger with Sgt Schultz and Sgt Schultz decided to send me to Mercy Hospital. while at Mercy Hospital the Xray person came to Xray my right middle finger, and after that Doctor came in looked at the Xray then at my finger and stated that i needed to see a bone specialist and have a surgery done because there is something in my finger bone Joints that are messed up but it was out of his field and that i deffinately needed surgery and see a Bone Specialist. Still to this day of 12-25-21 I can barely move my right middle finger No sping or anything is around my finger for protection and it hurts severely, Its still swollen and the same as 11-25-21. It is the Nurse practitionor Courtney Wilson Job to send inmates out to the Hospital and the Nurse practitionor Courtney Wilson refused to do so on several occassions having knowledge that my finger looked as if it was dislocated, sprang, or fractured. She ignored the problem instead of sending me out for xrays. This is Negligence, Deliberate indifference, Denial of Medical treatment and Cruel and unusual Punishment. It feels as if needles are picking at my right middle finger.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dubuque County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Dubuque County Jail

2.   What did you claim in your grievance?

Cruel and unusual punishment
Denial of Medical treatment, Deliberate indifference,

3.   What was the result, if any?

They gave Me Taylenol then ignored Me until Sgt Schultz
sent Me to the Hospital himself after seeing the severeness
off My right Middle finger.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievance Process Completed

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_N/A_ _____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_N/A_ _____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_N/A_ _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    _Alexander Weatherspoon_
    Defendant(s)    _unknown_

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _unknown_

3.  Docket or index number
    _unknown_

4.  Name of Judge assigned to your case
    _unknown_

5.  Approximate date of filing lawsuit
    _unknown_

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition.    _unknown_

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _unknown_

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    Alexander Weatherspoon
      Defendant(s)    unknown

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      unknown

3.    Docket or index number

      unknown

4.    Name of Judge assigned to your case

      unknown

5.    Approximate date of filing lawsuit

      unknown

6.    Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      unknown

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-28-21

Signature of Plaintiff    *Alexander Weatherspoon*
Printed Name of Plaintiff    Alexander Weatherspoon
Prison Identification #    416106
Prison Address    770 Iowa Street
                   Dubuque            IA      52001
                   _____City_____  _State_  _Zip Code_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
           _____City_____  _State_  _Zip Code_
Telephone Number    _____
E-mail Address    _____

## Additional Complaint

On the date of 12-19-21 while on unit 3 Cell 318 around 850 PM I refused housing and C/o Winch C/o Dobby C/o Curoe handcuffed me by Force. I was then taken to a holding Cell by recieving that had Feces on the Ceilings and walls and urine on the Floor. I had to sit in the urine on the floor without a Mattress for about 30-40 Minutes then i was Given a Mattress and one Blanket, only to have it teaken back from me around the next 20 Minutes or so. I was located in the south Tank NH 01 Booking# 25478 that is Cruel and unusual punishment and unsanitary living Conditions. after about or around 0020 I was Placed in Segregation Cell 223 where Feces were also there everywhere and urine on the Floor also look at Cameras of unit 1 and listen to Autio. The next day C/o Nevergall let me Clean Some of the Cell up around 1:08 P.M Date of 12-20-21 but did not Give me a broom/Mop ect only a Towel and disinfect. which is Cruel and unusal Punishment, and unsanitary living Conditions. C/o Dotty C/o Samueil C/o Kelly also seen the Cell that they were Putting Me in and had Knowledge of the Serieusness to the unsanitaryness of the Cell.

# Grievance #151870662

Profile Photo:
Profile Photo

**Inmate Info**

Name: ALEXANDER WEATHERSPOON
Submitted Date: 11/26/21 10:37
Submitted from Location/Room: HU4 HU4 08 LO/HU4
Current Location/Room: HU3 HU3 318 B/HU3
Facility: Dubuque County IA

Audit Photo:
Audit Photo

**Form Info**

Category: Grievance
Form: Grievance

**Grievance Info**

Status: CLOSED by Curt Schultz
Facility Deadline: 12/16/21 23:59
Grievance Level: 2
Inmate can reply: No

Summary of Grievance:

Denial of medical treatment, Retaliation for writing grievances

Details of Grievance:

**Inmates must include all relevant facts such as dates, times, witnesses and any other information relevant to the incident including your housing unit. :**

On the day of 11-25-21 2nd shift around 7-8pm I made a mistake and slammed my right middle finger in my bunk drawer and the officer working filed a sick call slip for me because my right finger looked to be as if it was broker dislocated or sprung.There was no nurses on duty at the time,So I was told that there was nothing that they could do for me until the following day.Now today on 11-26-21 around 8 am I seen the nurse on pod 4 and showed her my right middle finger and she said that there was nothing she can do for me but give me pain pills and give me some white tape to wrap around my finger.She didn't put me in for an xray or to see the doctor to see was my finger dislocated or broken or anything.I can barely move my finger and my right finger is super swolen bigger than my thumbs in all the rest of my fingers on both hands I think that something is either fractured broken or dislocated and the nurse did nothing to help me but give me two pain pills.I need my finger xrayed or looked at by a doctor.This is unfair and unprofessional.

**Additional space if needed:**

**What is the desired remedy or outcome to your grievance ?:**
I will like my right finger looked at by a doctor asap

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/29/21 15:05 | Curt Schultz | Staff Response | Mr. Weatherspoon, I see that you completed a blue medical request reference this issue. I spoke to the nurse today and you are currently on the list to see the doctor. Sgt. Schultz Assistant Jail Administrator |
| 11/29/21 15:05 | Curt Schultz | Changed Status | From 'Open' to 'Closed' |
| 11/27/21 16:10 | ALEXANDER WEATHERSPOON | Appeal | The medical prsonell does not treat the inmates right at this facility. Their not very respectful and the don't listen to inmates concerns.I should not have to put grievances in to obtain medical assistance in a correct fashion.Its not about me working against anyone because I am not I just want to be treated fairly with dignity and care |
| 11/27/21 16:10 | | Changed Status | From Closed to Open due to Appeal |
| 11/27/21 16:10 | | Changed Level | From 1 to 2 due to Appeal |
| 11/26/21 22:21 | Timothy Kelly | Staff Response | Mr. Weatherspoon, Your request for medical attention (To see the nurse) was granted. The fact that you do not like the opinion of a medical professional does not equal denial of medical treatment. She offered you options and attempted to help you. Medical staff continue to work with you and offer aid, despite your poor attitude. My suggestion is for you to work with them instead of always working against them. Sgt. Kelly |
| 11/26/21 22:21 | Timothy Kelly | Changed Status | From 'Open' to 'Closed' |
| 11/26/21 10:37 | ALEXANDER WEATHERSPOON | Submitted New | Denial of medical treatment, Retaliation for writing grievances |

APPeal Grievance # 155576352 Dec 20th 18:24
C/o Winch C/o Dobby C/o Samuieal C/o Kelly


I do not agree with the response to the Grievance
i wrote on Dec 20th Grievance # 155576352 your staff
put me in a unsanitary Drunk Tank in the North
Holding Cell 1 with Feces on the walls and Ceilings
with urine on the floor with no Mattress  at first
until about 30 Minutes later to an hour then
your staff Came in took the Mattress and one blanket
back. Just look at the Cameras facing the North —
holding Cell 1 and the footage from Body Cameras of
C/o Samuieal C/o Dotty C/o Dobby C/o Kelly C/o Winch —
or the Sheriff Joeph L. Kennedy because he himself
Said that he checked the Cell before i Came in there
and had the Cell Cleaned out before i entered the Cell
to make Sure that it was Sanitary which is false and
should have Some type of proof to show that the Cell
was Clean. The reason why i Couldn't file the Appeal
Within 24 hours is because i didn't get let out
properly the officers pick and Choose what time that
they want to let you out for your hour in Segregation.
Knowone is trying to give Me a Appeal answear
back when its the staff fault i Missed it.
    Respectfully Submitted: Alexander Weatherspoon

RENEE SUSAN PILARINOS
Commission Number 832095
My Commission Expires
5/18/24
NOTARIAL SEAL IOWA
Renee Pilan
12/24/2021

**DUBUQUE COUNTY JAIL**

## SICK CALL REQUEST

Date: 12-9-21                    Cell/Block: unit 3    Bunk: 318

Inmate Name: Alexander Weatherspoon                    D.O.B. 5-4-86

**Check Service Requested:**

[ ] Nurse   [✓] Provider   [ ] Other

I wish to be seen at sick call because: (Please explain)

Thank you all for giving me all my meds now. Now my Right middle finger is still
acting real bad. The Nurse practitioner said that it might be fractured, or spraining herself. Ky
words might I still will like to be sent out for an xray to see whats wrong,
the finger is way bigger then both of my Thumbs, I have been trying to get an xray for a while now,

## INMATE CO-PAY NOTICE

Section 904.702 of the IOWA CODE reads as follows:
The Director may deduct from the inmate's account an amount sufficient to pay for the inmates share of the cost of the health services requested by the inmate and for the treatment of injuries inflicted by the inmate on the inmate or others.

1. You will not be denied medical care due to inability to pay or due to insufficient funds in your account.
2. For the duration of this incarceration, a $3.00 fee may be charged against your account for each request for health services. A $5.00 fee to see the Nurse and/or a $10.00 fee to see the Doctor may be charged. A $5-10 fee will be charged to you for health services rendered in reference to self-inflicted injuries, injuries to others, and for health services you receive in relation to your own negligence/carelessness.
3. You will not be charged for the followings: 1) health screening associated with facility transfers; 2) regularly scheduled health assessment; 3) follow-up visits scheduled by health services staff; 4) health services staff-indicated continuing care for the management/treatment of major health conditions such as hypertension, diabetes, and mental illness; 5) other matters including exposure to chemical agents or work related injuries not associated with your own negligence.
4. All fees will be deducted from your account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance.

Inmate Signature: Alexander Weatherspoon                    Date 12-9-21

*A signature is required. This acknowledges agreement to the Inmate Co-Pay Notice.*

Deputy receiving request form ___86___ Date 12/9/21 Time 1440    Forward to Nurse [✓]

## For Office Use Only

Results of Request:

_____

_____

_____

[ ] Request Only $3.00    [ ] Nurse $5.00    [ ] Medical Provider $10.00

Medical staff Signature: _____ Date:_____

**DUBUQUE COUNTY JAIL**

## SICK CALL REQUEST

Date: 12-24-21                    Cell/Block: Seg 1      Bunk: 223

Inmate Name: Alexander Weatherspoon                    D.O.B. 5-4-86

**Check Service Requested:**

[ ] Nurse    [ ] Provider    [✓] Other *Doctor*

I wish to be seen at sick call because: (Please explain)

My knee gave out again and i let Cln Doby no it and he ignored me I been to Nurse Provider Conway Wilson, nurse Rita, in nurse practioner this same practice they keep refusing to put me in for a Doctor. I told them that is my Medical

## INMATE CO-PAY NOTICE

Section 904.702 of the **IOWA CODE** reads as follows:
   The Director may deduct from the inmate's account an amount sufficient to pay for the inmates share of the cost of the health services **requested** by the inmate and for the treatment of injuries inflicted by the inmate on the inmate or others.

1. You will not be denied medical care due to inability to pay or due to insufficient funds in your account.
2. For the duration of this incarceration, a $3.00 fee may be charged against your account for each request for health services. A $5.00 fee to see the Nurse and/or a $10.00 fee to see the Doctor. A $5-10 fee **will** be charged to you for health services rendered in reference to self-inflicted injuries, injuries to others, and for health services you receive in relation to your own negligence/carelessness.
3. You will not be charged for the followings:  1) health screening associated with facility transfers; 2) regularly scheduled health assessment; 3) follow-up visits scheduled by health services staff; 4) health services staff-indicated continuing care for the management/treatment of major health conditions such as hypertension, diabetes, and mental illness;  5) other matters including exposure to chemical agents or work related injuries not associated with your own negligence.
4. All fees will be deducted from your account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance.

Inmate Signature: *Alexander Weatherspoon*                    Date 12-24-21

*A signature is required. This acknowledges agreement to the Inmate Co-Pay Notice.*

Deputy receiving request form 26      Date 12/24/21  Time 18:57    Forward to Nurse [✓]

## For Office Use Only

Results of Request:

_____

_____

_____

[ ] Request Only $3.00      [ ] Nurse $5.00      [ ] Medical Provider $10.00

Medical staff Signature: _____Date:_____

files it states that i have a reconstruction surgery of my right kne[e]
1 Limited steps permit, Lower Gallery permit, I had a Cane at Cook Cour[t]
Jail, Lower Bunk permit and their refusing to give me everything
except a Lower Bunk permit for my seizures. I will like to be see[n]
by an outside Doctor A/S/A/P I keep falling hurting myself over
and over again when it could be prevented. All the Nurses here an[d]
Nurse practitioner has knowledge about my Knee problem.

*Continue On Back ⟶*

**DUBUQUE COUNTY JAIL**

## SICK CALL REQUEST

Date: 12-26-21                    Cell/Block: Seg 1     Bunk: 223

Inmate Name: Alexander Weatherspoon                    D.O.B. 5-4-86

**Check Service Requested:**

[ ]  Nurse     [ ]  Provider     [v]  Other   *Bone Specialist*

I wish to be seen at sick call because: (Please explain)

My right Middle finger has been injured the Docter at Mercy Hospital told me
that I needed a surgery and needed to talk to a bone specialist, my finger is
still hurting real bad and I can barely move it, please help me.

## INMATE CO-PAY NOTICE

Section 904.702 of the **IOWA CODE** reads as follows:
     The Director may deduct from the inmate's account an amount sufficient to pay for the inmates share of the cost of the health services **requested** by the inmate and for the treatment of injuries inflicted by the inmate on the inmate or others.

1. You will not be denied medical care due to inability to pay or due to insufficient funds in your account.
2. For the duration of this incarceration, a $3.00 fee may be charged against your account for each request for health services. A $5.00 fee to see the Nurse and/or a $10.00 fee to see the Doctor may be charged. A $5-10 fee **will** be charged to you for health services rendered in reference to self-inflicted injuries, injuries to others, and for health services you receive in relation to your own negligence/carelessness.
3. You will not be charged for the followings:  1) health screening associated with facility transfers; 2) regularly scheduled health assessment; 3) follow-up visits scheduled by health services staff; 4) health services staff-indicated continuing care for the management/treatment of major health conditions such as hypertension, diabetes, and mental illness;  5) other matters including exposure to chemical agents or work related injuries not associated with your own negligence.
4. All fees will be deducted from your account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance.

Inmate Signature: Alexander Weatherspoon                    Date 12-26-21

***A signature is required. This acknowledges agreement to the Inmate Co-Pay Notice.***

Deputy receiving request form_____Date_____Time_____ Forward to Nurse [ ]

### For Office Use Only

Results of Request:

_____
_____
_____

[ ] Request Only $3.00     [ ] Nurse $5.00     [ ] Medical Provider $10.00

Medical staff Signature: _____Date:_____

I have filed Grievances, Request slips, and Blue slips, I have been to the hospital (mercy) to no avail but the Doctor at Mercy Hospital did tell me i needed a surgery and to see a Bone specialist. My Finger feels As if Needles are in it poking around.

----------------------------------------------------------------------

# Notice of Administrative Segregation

Inmate Name: _Weatherspoon, Alexander_     Date: _12_ / _19_ / _21_

You have been placed in Administrative Segregation because:

| | |
|---|---|
| _____ | You are a danger to others. |
| _____ | Your actions place you in jeopardy of counter action from other inmates. |
| _____ | You require protective custody. |
| __X__ | Pre-Disciplinary Hearing Detention. |
| _____ | Other factors: _____ |

The location of your initial segregation:

| | | |
|---|---|---|
| _____ | Segregation Unit #1 | Cell # _____ |
| _____ | Segregation Unit #2 | Cell # _____ |
| _____ | North Holding | |
| _____ | South Holding | |
| _____ | East Holding | |
| __X__ | Other: _NH_ | |

Administrative segregation is the non-punitive isolation of an Inmate as opposed to punitive isolation provided for Inmates who, following appropriate due process, are placed in solitary confinement, with or without loss of privileges, as confinement as a punishment for misbehavior in violation of jail rules and regulations.

An Inmate may be segregated from the general population if it is determined that their presence poses a threat to themselves, jail staff, other Inmates, or security and order of the jail. An Inmate may be segregated at any time deemed necessary by the Jail Administrator or Shift Supervisor under this provision.

If it is determined that an Inmate may be a threat to jail security, himself/herself, other Inmates, or jail staff, the inmate may be moved from general population to a Segregation Unit prior to a Disciplinary Hearing. The lockdown will not exceed 24 hours without a review by the Jail Administrator or his/her designee and then every 24 hours or until a disciplinary hearing is completed.

Your general rights and privileges will not be restricted except for the restrictions of the area in which you are placed and unless specific restrictions are necessary to carry out the purpose of the segregation and protection of inmates.

You are subject to all jail rules and regulations while in segregation.

Your segregation will be reviewed by jail administration on a daily basis unless otherwise noted.

_If you have been placed in administrative segregation because of being a threat to other inmates, jail staff, or a security risk after an incident in the jail, your behavior and compliance with the jail rules and regulations will have a strong influence upon how long you will remain in segregation._

Inmate served notice on _12_ / _19_ / _2021_ Time: _2200_ By: _Cory Winch_ (31-97)

Approved By: _____     Date: _12_ / _19_ / _2021_

DCJ – 057
June 14, 2004

Alexander Weatherspoon #4161060586
Dubuque County Jail
770 Iowa Street
Dubuque, IA 52001

  

U.S. POSTAGE PAID
PM 2-Day
DUBUQUE, IA
52001
JAN 14, 22
AMOUNT
**$0.00**
R2304M115204-08

1006    52401



PITNEY BOWES
**$8.95**
US POSTAGE
PRIORITY MAIL
Flat Rate Envelope
026W0004987290
2000238871
ZIP 52001
JAN 13 2022

XRAYED US MARSHALS SERVICE

1·14·22 EB

United States District Court
Northern District of Iowa
111 7th Avenue SE, Box 12
Cedar Rapids, IA 52401



EXPECTED DELIVERY DAY: 01/18/22

USPS TRACKING® #

9505 5119 2867 2014 5917 23

(Legal Mail)